UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WILLIAM TRELEASE, ROBERT WEISENSEE, CROMWELL MANAGEMENT CORPORATION, CROMWELL SERVICES, INC.,<br><br>        Plaintiffs,<br>v.<br><br>METROPOLITAN LIFE INSURANCE CO., LEX BYERS, IFL CAPITAL GROUP, INC., JOSEPH LANGLOIS, CHRISTOPHER CURRAN individually and d/b/a CURRAN KELLY INSURANCE ASSOCIATES, JACK KELLY, individually and d/b/a CURRAN KELLY INSURANCE ASSOCIATES, CURRAN KELLY INSURANCE ASSOCIATES, TEMPLE H. DRUMMOND AND TEMPLE H. DRUMMOND d/b/a DRUMMOND & ASSOCIATES,<br><br>        Defendants | Civil Action No. 07-3841 (KSH)<br><br>**ORDER** |

**KATHARINE S. HAYDEN, U.S.D.J.**

       For the reasons stated in the opinion filed herewith,

       It is on this 29th day of August, 2008

       **ORDERED** that plaintiffs' motion to remand (D.E. 29) is **granted** and their request for attorney's fees is **denied**; and it is further

       **ORDERED** that defendants Temple H. Drummond and Drummond & Associates motion to dismiss (D.E. 38) is **denied as moot**; and it is further

       **ORDERED** that this case is remanded to the Superior Court of New Jersey, Law Division, Middlesex County.  The Clerk's Office is directed to close the case.

                                                    /s/Katharine S. Hayden
                                                    Katharine S. Hayden
                                                    United States District Judge